# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>PREMISES LOCATED AT NC HWY 51, FORT MILL,<br>SOUTH CAROLINA | ) <br> ) <br> )    Case No. 0:23-cr-00984 <br> ) <br> ) <br> ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to Affidavit of Special Agent Waldrop dated November 27, 2023

located in the _____ District of _____South Carolina_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to Affidavit of Special Agent Waldrop dated November 27, 2023

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 371; 18 USC 2314; 18<br>USC 1341/1343; 18 USC<br>1349; and 18 USC 1956/1957 | Conspiracy; Interstate Transportation of Stolen Property; Mail and Wire Fraud;<br>Conspiracy to Commit Mail and Wire Fraud; Money Laundering |

The application is based on these facts:

Affidavit of Special Agent Waldrop dated November 27, 2023

☑ Continued on the attached sheet.

❑ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Ashley Waldrop*
_____
*Applicant's signature*

Ashley Waldrop, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date: ____November 27, 2023____

City and state: ____Columbia, SC____

_____
*Judge's signature*

Hon. Shiva V. Hodges
_____
*Printed name and title*

| Print | Save As... | Attach | Reset |